# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE      :    NO.  493
MAGISTERIAL DISTRICTS WITHIN THE    :
14th JUDICIAL DISTRICT OF THE       :    MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 14th Judicial District (Fayette County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Fayette County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 14-1-01<br>Magisterial District Judge Jason A. Cox | City of Uniontown |
| Magisterial District 14-1-02<br>Magisterial District Judge Ronald J. Haggerty, Jr. | Bullskin Township<br>City of Connellsville<br>Connellsville Township<br>Saltlick Township<br>South Connellsville Borough<br>Springfield Township |
| Magisterial District 14-2-01<br>Magisterial District Judge Jennifer L. Jeffries | Menallen Township<br>South Union Township |
| Magisterial District 14-2-02<br>Magisterial District Judge Nathan A. Henning | Henry Clay Township<br>Markleysburg Borough<br>North Union Township<br>Ohiopyle Borough<br>Stewart Township<br>Wharton Township |

| Magisterial District 14-2-03 | Brownsville Borough |
| Magisterial District Judge Michael J. Defino, Jr. | Brownsville Township |
| | Luzerne Township |
| | Redstone Township |

| Magisterial District 14-3-02 | Fairchance Borough |
| Magisterial District Judge Daniel C. Shimshock | Georges Township |
| | German Township |
| | Masontown Borough |
| | Nicholson Township |
| | Point Marion Borough |
| | Smithfield Borough |
| | Springhill Township |

| Magisterial District 14-3-04 | Belle Vernon Borough |
| Magisterial District Judge Richard A. Kasunic, II | Dawson Borough |
| | Dunbar Borough |
| | Dunbar Township |
| | Everson Borough |
| | Fayette City Borough |
| | Franklin Township |
| | Jefferson Township |
| | Lower Tyrone Township |
| | Newell Borough |
| | Perry Township |
| | Perryopolis Borough |
| | Upper Tyrone Township |
| | Vanderbilt Borough |
| | Washington Township |